IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY ASARO** and **LORI DRING**, Plaintiffs, v. **MICHAEL G. ABERNATHY**, **MARY B. ABERNATHY**, **CHRISTINA DONATI-DOUGHER**, **BRIAN R. DOUGHER**, **JUDITH TADDER**, **ALLAN L. TADDER**, **MARY ELIZABETH EMMEL** and **WILLIAM J. EGAN, JR.**, Trustees under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002, **WILLIAM J. EGAN**, and **DENNIS JOHN DOUGHERTY**, Defendants. | **3-23-CV-01576-JFS** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly enter the appearance of **Geff Blake, Esq.** of **BLAKE & WALSH, LLC** as counsel for Defendants Mary Elizabeth Emmel & William J. Egan, Jr., Trustees under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002, and for William J. Egan.

DATED: November 3, 2023

*s/ Geff Blake*
Geff Blake, Esq.
PA Atty. ID No. 53246
**BLAKE & WALSH, LLC**
436 Jefferson Avenue
Scranton, PA 18510
(570) 342-0505
gblake@BlakeWalshLaw.com
*Attorney for Defendants*
*Mary Elizabeth Emmel & William J. Egan, Jr., Trustees, and William J. Egan*

## CERTIFICATE OF SERVICE

I, Geff Blake, Esq., hereby certify that I have caused to be served this day a true and correct copy of the foregoing **Entry of Appearance** on counsel of record by **electronic delivery**, addressed as follows:

Philip A. Davolos, III, Esq.
**CIPRIANI & WERNER, P.C.**
415 Wyoming Avenue
Scranton, PA  18503
(570) 347-0600
PDavolos@C-WLaw.com
*Attorney for Plaintiffs*
*Nancy Asaro & Lori Dring*

Howard A. Rothenberg, Esq.
Ryan P. Campbell, Esq.
**ROTHENBERG & CAMPBELL**
345 Wyoming Avenue, Suite 210
Scranton, PA  18503
(570) 207-2889
HRLaw01@gmailc.com
HRLaw04@gmail.com
*Attorneys for Plaintiffs*
*Nancy Asaro & Lori Dring*

DATED: November 3, 2023

*s/ Geff Blake*
Geff Blake, Esq.
PA Atty. ID No. 53246
**BLAKE & WALSH, LLC**
436 Jefferson Avenue
Scranton, PA  18510
p. (570) 342-0505
f. (570) 342-0999
gblake@BlakeWalshLaw.com
*Attorney for Defendants*
*Mary Elizabeth Emmel & William J. Egan, Jr., Trustees, and William J. Egan*

.