**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NANCY ASARO and**<br>**LORI DRING,**<br><br>         **Plaintiffs,**<br>**v.**<br><br>**MICHAEL G. ABERNATHY,**<br>**MARY B. ABERNATHY,**<br>**CHRISTINA DONATI-DOUGHER,**<br>**BRIAN R. DOUGHER, JUDITH**<br>**TADDER, ALLAN L. TADDER,**<br>**MARY ELIZABETH EMMEL,**<br>**WILLIAM J. EGAN, JR.,**<br>**WILLIAM J. EGAN, and**<br>**DENNIS JOHN DOUGHERTY**<br><br>         **Defendants.** | **NO.: 3:23-CV-01576**<br><br>**JUDGE WILSON** |

## <u>ORDER</u>

AND NOW, on this day 13th day of February 2024, upon consideration of

Plaintiffs' Motion for Leave to File a Sur-Reply Brief to Defendants' Reply Briefs

in Support of Motions to Dismiss (ECF 38 and 40), it is hereby ORDERED and

DECREED that Plaintiffs are GRANTED LEAVE to file  a Sur-Reply Brief not to

exceed 5,000 words in combined response to the Reply Briefs of Defendants

within (10) days from the entry of this Order.


                                    s/ Jennifer P. Wilson
                                  Jennifer P. Wilson, J.