# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI DRING and NANCY ASARO,** Plaintiffs,<br><br>v.<br><br>**MICHAEL G. ABERNATHY, et al.,** Defendants. | **No.: 3:23-CV-01576**<br><br>**(WILSON, J.)** |

## ORDER

**NOW**, this 5th day of March, 2024, upon consideration of the Egan Defendants' Motion to File Additional Reply Brief to Plaintiffs' Sur-Reply Brief, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The additional brief shall be filed within 14 days of this Order and shall not exceed eight (8) pages.

s/ Jennifer P. Wilson
Jennifer P. Wilson, J.
