# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO AND LORI DRING, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL G. ABERNATHY, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:23-CV-01576 <br><br> (SAPORITO, J.) |

## ORDER

AND NOW, this 10th day of April, 2025, IT IS HEREBY ORDERED THAT defendants' motion for extension of time to file a answer to the Doc. 60 amended complaint (Doc. 84) is **GRANTED**, provided a motion for reconsideration is filed on or before April 11, 2025.

In the event no such motion is filed, defendants shall file their answer on April 11, 2025, as previously directed.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge