UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and <br> LORI DRING <br>       Plaintiffs | : <br> : <br> : <br> : | CIVIL ACTION NO.: <br> 3-23-CV-01576-JFS |
| v. | : <br> : <br> : | JURY TRIAL DEMANDED |
| MICHAEL G. ABERNATHY, <br> MARY B. ABERNATHY, | : <br> : <br> : | |
| CHRISTINA DONATI-DOUGHER, <br> BRIAN R. DOUGHER, | : <br> : <br> : | |
| JUDITH TADDER, ALLAN L. <br> TADDER, | : <br> : <br> : | |
| MARY ELIZABETH EMMEL and <br> WILLIAM J. EGAN, JR., Trustees <br> Under the irrevocable Living Trust <br> Agreement of Elizabeth O'Hara <br> Kelly dated June 6, 2002, | : <br> : <br> : <br> : <br> : <br> : | |
| WILLIAM J. EGAN, <br>     and <br> DENNIS JOHN DOUGHERTY <br>       Defendants | : <br> : <br> : <br> : | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of the undersigned on behalf of Defendants Mary Elizabeth Emmel and William J. Egan, Jr., Trustees under the Irrevocable

Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2022, in the above matter.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

*[signature]*

_____
James D. Greco Esquire
Atty. I.D. #309353
P.O. Box 3118
Scranton, PA 18505-3118
(570) 496-4600
