UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and<br>LORI DRING<br>    Plaintiffs | :<br>:<br>:<br>: | CIVIL ACTION NO.:<br>3-23-CV-01576-JFS |
| v. | :<br>:<br>: | JURY TRIAL DEMANDED |
| MICHAEL G. ABERNATHY,<br>MARY B. ABERNATHY, | :<br>:<br>: | |
| CHRISTINA DONATI-DOUGHER,<br>BRIAN R. DOUGHER, | :<br>:<br>: | |
| JUDITH TADDER, ALLAN L.<br>TADDER, | :<br>:<br>: | |
| MARY ELIZABETH EMMEL and<br>WILLIAM J. EGAN, JR., Trustees<br>Under the irrevocable Living Trust<br>Agreement of Elizabeth O'Hara<br>Kelly dated June 6, 2002, | :<br>:<br>:<br>:<br>: | |
| WILLIAM J. EGAN,<br>    and<br>DENNIS JOHN DOUGHERTY<br>    Defendants | :<br>:<br>:<br>: | |

## CERTIFICATE OF SERVICE

I, James D. Greco, Esquire, do hereby certify that a true and correct copy of Defendants' Mary Elizabeth Emmel and William J. Egan, Jr., Trustees under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2022, Entry of Appearance was served upon all parties via ECF on the 16th day of June, 2025.

LEGAL/169633363.1

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

_____
James D. Greco, Esquire
Atty. I.D. #309353
P.O. Box 3118
Scranton, PA 18505-3118
(570) 496-4600