IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO, et al., | : | CIVIL NO. 3:23-CV-1576 |
| | : | |
| Plaintiffs | : | JUDGE SAPORITO |
| | : | |
| v. | : | |
| | : | |
| MICHAEL G. ABERNATHY, et al., | : | FILED WILKES BARRE JUL 10 2025 PER_____ DEPUTY CLERK |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 10th day of July, 2025, United States Magistrate Judge Phillip J. Caraballo having notified the Court that the matter has settled as to certain defendants, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** as to Defendants Mary Elizabeth Emmel, *Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002,* William J. Egan, Jr., *Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002,* and William J. Egan, without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if settlement is

not consummated. The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge