IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:23-CV-01576 |
| | : | |
| MICHAEL G. ABERNATHY, MARY B. ABERNATHY, CHRISTINA DONATI-DOUGHER, BRIAN R. DOUGHER, JUDITH TADDER, ALLAN L. TADDER, MARY ELIZABETH EMMEL, WILLIAM J. EGAN, JR., WILLIAM J. EGAN, and DENNIS JOHN DOUGHERTY, | : | JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

FILED SCRANTON
AUG 29 2025
PER ____
DEPUTY CLERK

## ABERNATHY DEFENDANTS' MOTION TO LIFT STAY AND REQUEST FOR CASE MANAGEMENT CONFERENCE

Defendants Michael G. Abernathy, Mary B. Abernathy, by and through their undersigned counsel, hereby move to lift stay and request for Case Management Conference, aver as follows:

1. Plaintiffs Lori Dring and Nancy Asaro commenced this action on September 21, 2023, *via* a three-count Complaint alleging trespass, ejectment, and declaratory judgment claims against Defendants regarding land identified as the West Shore Parcel. (Doc. 1 ¶ 20).

2. On December 5, 2023, numerous Defendants filed Motions to Dismiss (Doc. 17, 18), with supporting memorandum of law filed on December 19, 2023. (Doc. 23, 24.).

3. On January 19, 2024, Defendant filed a Motion to Stay Discovery Pending Ruling on the Motion to Dismiss (Doc. 30). The Motion to Stay was granted.

4. By Order of March 28, 2025, the Court granted, in part, Defendants Motion to Dismiss (Doc. 82).

5. The matter was referred to Mediation by Order of May 6, 2025 (Doc. 98).

6. On May 7, 2025, the matter was stayed pending outcome of settlement conference (Doc. 99).

7. Settlement Conferences were held with a United States Magistrate Judge on June 30, 2025, and August 21, 2025, without success as to the Abernathy's.

8. A Case Management Conference was conducted on April 28, 2025. A Case Management Order issued April 28, 2025 (Doc. 87, 93).

9. The Case Management Order has dates now stale with the stay and the passage of time.

10. The Abernathy's will engage in discovery immediately upon the entry of Order lifting the Stay while simultaneously engaging Plaintiff's in methods and manner toward a resolution of this matter.

11. Plaintiffs concur with the within Motion.

WHEREFORE, Michael G. Abernathy and Mary B. Abernathy respectfully seek to have the Stay lifted and for the Court to set a Case Management Conference.

Respectfully submitted:

/s/ Harry T. Coleman

Harry T. Coleman, Esquire
Law Office of Harry Coleman
41 N. Main Street, Suite 316
Carbondale, PA 18407
(570) 282-7440
Harry@harrycolemanlaw.com
*Counsel for Defendants Michae G. Abernathy and Mary B. Abernathy*

Date: August 26, 2025

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO and LORI DRING, | : |
| Plaintiffs, | : |
| v. | : NO. 3:23-CV-01576 |
| MICHAEL G. ABERNATHY, MARY B. ABERNATHY, CHRISTINA DONATI-DOUGHER, BRIAN R. DOUGHER, JUDITH TADDER, ALLAN L. TADDER, MARY ELIZABETH EMMEL, WILLIAM J. EGAN, JR., WILLIAM J. EGAN, and DENNIS JOHN DOUGHERTY, | : JUDGE SAPORITO  :  :  :  :  :  :  :  : ELECTRONICALLY FILED |
| Defendants. | : |

## CERTIFICATE OF CONCURRENCE

I, Harry T. Coleman, Esquire, counsel for the Abernathy Defendants, hereby state that contact was made to counsel for Plaintiff, Attorney Phillip Davolos, and he does concur in the within Motion as to lifting the Stay. Counsel disagree on the need for a Case Management Conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: August 29, 2025 | LAW OFFICE OF HARRY T. COLEMAN |
|  | By: *Harry T. Coleman* <br> Harry T. Coleman, Esquire <br> Attorney ID No.: 49137 <br> 41 N. Main Street <br> 3rd Floor, Suite 316 <br> Carbondale, PA 18407 <br> (570) 282-7440 <br> Harry@harrycolemanlaw.com |
|  | *Attorney for Abernathy Defendants* |

## CERTIFICATE OF SERVICE

I, Harry T. Coleman, hereby certify that a true and correct copy of the foregoing Motion was served upon the following counsel of record via the Court's ECF system on this 25th day of August, 2025:

Frank Brier, Esquire
Myers, Briar & Kelly
425 Biden Street, Suite 200
Scranton, PA 18503
Harry@harrycolemanlaw.com

Howard A. Rothenberg, Esquire
Ryan P. Campbell, Esquire
Rothenberg & Campbell
345 Wyoming Avenue, Suite 210
Scranton, PA 18503
hrlaw01@gmail.com
hrlaw04@gmail.com

Philip A. Davolos, III, Esquire
Cipriani & Werner, PC
415 Wyoming Avenue
Scranton, PA 18503
pdavolos@c-wlaw.com

Geff Blake, Esquire
Blake & Walsh Law, LLC
436 Jefferson Avenue
Scranton, PA 18510
gblake@blakewalshlaw.com

Patrick J. Boland, III, Esquire
James D. Greco, Esquire
Marshall Dennehey, P.C.
P.O. Box 3118
Scranton, PA 18505-3118
PJBoland@MDWCG.com
JDGreco@MDWCG.com

/s/Harry Coleman
Harry Coleman, Esquire