IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO and LORI DRING, | : |
| Plaintiffs, | : |
| v. | :    NO. 3:23-CV-01576 |
| MICHAEL G. ABERNATHY, MARY B. ABERNATHY, CHRISTINA DONATI-DOUGHER, BRIAN R. DOUGHER, JUDITH TADDER, ALLAN L. TADDER, MARY ELIZABETH EMMEL, WILLIAM J. EGAN, JR., WILLIAM J. EGAN, and DENNIS JOHN DOUGHERTY, | :    JUDGE SAPORITO<br><br>:    ELECTRONICALLY FILED |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of August 2025, upon consideration of Defendants Michael G. Abernathy and Mary B. Abernathy's Motion to Lift Stay, IT IS HEREBY ORDERED that the Motion is GRANTED.

 

                                                                         _____
                                                                         Jennifer Joseph F. Saporito, Jr.
                                                                         United States District Judge