IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY ASARO and LORI DRING,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:23-CV-01576 |
| | : | |
| **MICHAEL G. ABERNATHY and MARY B. ABERNATHY,** | : | JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this_____ day of_____, 2025, the matter having come before the Court on the Parties Stipulation for Extension of Case Management Deadlines, said Motion is hereby GRANTED. The following deadlines are established:

a. All discovery shall be concluded by April 30, 2026;

b. **Expert Reports.** Reports of Plaintiffs' retained experts shall be produced by February 1, 2026, Reports of Defendants' retained experts shall be produced by March 1, 2026, Supplementations shall be due April 1, 2026.

c. Dispositive motions, if any, shall be filed by May 30, 2026.

   d. **Final Pretrial Conference and Trial.** Counsel have advised that they anticipate the case will be trial ready in July 2026.

The final pretrial conference and trial dates will be determined; after the dispositive motion deadline has expired.

                                          **BY THE COURT:**

                                          _____
                                          **Joseph F. Saporito, Jr.**
                                          United States District Judge