IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| Plaintiffs, | : : : | |
| v. | : | NO. 3:23-CV-01576 |
| MICHAEL G. ABERNATHY and MARY B. ABERNATHY, | : : : | JUDGE SAPORITO |
| | : | ELECTRONICALLY FILED |
| Defendants | : | |

FILED
WILKES BARRE
OCT 07 2025
PER ____
DEPUTY CLERK

## ORDER

AND NOW, this 7th day of October, 2025, the matter having come before the Court on Plaintiffs' Motion with Consent of Relevant Defendants for Extension of the 90-day Case Termination Order, Doc. 109, dated July 10, 2025, said Motion is hereby GRANTED. The deadline set by the Order of July 10, 2025, Doc 109, is amended as follows:

The deadline to reinstate the action for good cause shown or consummate the settlement as between only (1) Defendants Mary Elizabeth Emmel, *Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002;* (2) William J. Egan, Jr., *Trustee under the Irrevocable Living Trust Agreement of Elizabeth*

*O'Hara Kelly dated June 6, 2002,* and (3) William J. Egan, and Plaintiffs, Nancy Asaro and Lori Dring, is hereby extended to **October 31, 2025**.

BY THE COURT:

Joseph F. Saporito, Jr.
United States District Judge