IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:23-CV-01576 |
| | : | |
| MICHAEL G. ABERNATHY, | : | MAG. JUDGE SAPORITO |
| MARY B. ABERNATHY, | : | |
| CHRISTA DONATI-DOUGHER, BRIAN R. DOUGHER, JUDITH TADDER, ALLAN L. TADDER, MARY ELIZABETH EMMEL, WILLIAM J. EGAN, JR., WILLIAM J. EGAN, and DENNIS JOHN DOUGHERTY, | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw our appearance as counsel for Defendants/ Counterclaim Plaintiffs, Michael G. Abernathy and Mary B. Abernathy, in the above-captioned matter.

Respectfully submitted:
/s/ Frank J. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Frank J. Brier (PA ID 73044)
fbrier@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

                                                Counsel for Defendants/ Counterclaim Plaintiffs Michael G. Abernathy and Mary B. Abernathy

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
570-342-6100

Date:  October 9, 2025

## **CERTIFICATE OF SERVICE**

I, Frank J. Brier, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon the following counsel of record via the Court's ECF system on this 9th day of October 2025:

Harry T. Coleman, Esquire
Owen M. Coleman, Esquire
Law Office of Harry T. Coleman
41 N. Main Street, Suite 316
Carbondale, PA 18407
Harry@harrycolemanlaw.com
owen@harrycolemanlaw.com

Howard A. Rothenberg, Esquire
Ryan P. Campbell, Esquire
Rothenberg & Campbell
345 Wyoming Avenue, Suite 210
Scranton, PA 18503
hrlaw01@gmail.com
hrlaw04@gmail.com

Philip A. Davolos, III, Esquire
DAVOLOS LAW
PO Box 188
Clarks Summit, PA 18411
pdavolos@davoloslaw.com

/s/ Frank J. Brier
Frank J. Brier