# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY ASARO and LORI DRING,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:23-CV-01576 |
| | : | |
| **MICHAEL G. ABERNATHY and MARY B. ABERNATHY,** | : | JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants | : | |

## PLAINTIFFS' MOTION ON CONSENT OF EGAN DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION

Plaintiffs, Nancy Asaro and Lori Dring, by and through their undersigned counsel, Philip A. Davolos, III, Esquire of Davolos Law Group, and Howard A. Rothenberg, Esquire, of Rothenberg Campbell (with <u>consent</u> of Defendants, (1) Mary Elizabeth Emmel, Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002; (2) William J. Egan, Jr., Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002; and (3) William J. Egan (collectively "Egan" or "Egan Defendants"), hereby move this Honorable Court as follows:

1. On July 10, 2025, this Honorable Court entered an Order (Doc. 109), allowing Plaintiffs and the Egan Defendants ninety (90) days to consummate the settlement or for good cause to reinstate the action.
2. The ninety (90) day deadline set forth in the Order of July 10, 2025 (Doc. 109) was October 8, 2025.
3. On October 7, 2025, the Court entered an Order granting the parties an extension to consummate the settlement to October 31, 2025. (Doc. 127).
4. Plaintiffs with the consent of the Egan Defendants hereby move the Court for an extension of the time within which to consummate settlement and/or for good cause reinstate the action to **<u>December 31, 2025</u>**.
5. Plaintiffs and the Egan Defendants respectfully request this additional time, because they will be unable to consummate the settlement in the time remaining under the deadline set in the October 7, 2025 Order.
6. Counsel scheduled an in-person meeting for next week to continue to discuss and attempt to resolve certain issues related to the specific language in the documents required to consummate the settlement. The parties continue to work together toward consummation of the settlement.

7. As such, it is respectfully requested that the Court enter the accompanying proposed Order, which extends the deadline of October 31, 2025 to **December 31, 2025** for the Egan Defendants and Plaintiffs to either consummate the settlement or for good cause reinstate the action.

        Respectfully submitted,

        */s/ Philip A. Davolos III*
        PHILIP A. DAVOLOS, III, ESQUIRE
        Attorney I.D. #210225
        DAVOLOS LAW
        PO BOX 188
        Clarks Summit, PA 18411-0188
        570-362-3492
        pdavolos@davoloslaw.com
        *Attorneys for Plaintiffs,*
        *Lori Dring and Nancy Asaro*

        -AND-

        ROTHENBERG & CAMPBELL
        Howard A. Rothenberg (Id.# 38804)
        Ryan P. Campbell (Id.# 317838)
        345 Wyoming Avenue, Ste. 210
        Scranton, PA 18503
        p. 570.207.2889
        f. 570.207.3991
        HRLaw01@gmail.com
        HRLaw04@gmail.com
        *Attorneys for Plaintiffs,*
        *Nancy Asaro and Lori Dring*

## **CERTIFICATE OF CONCURRENCE**

    I, Philip A. Davolos, III, hereby certify that concurrence was sought from counsel for Egan Defendants and that their counsel Geff Blake, Esquire, consents in the relief sought in the accompanying Motion.

                                            **By:**   ***/s/ Philp A. Davolos***
                                                         **PHILIP A. DAVOLOS, III, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I served a true and correct copy of JOINT MOTION ON CONSENT OF EGAN DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION, via ECF, upon all counsel of record, on the 29th day of October 2025, addressed as follows:

Geff Blake, Esquire
Blake & Walsh, LLC
436 Jefferson Avenue
Scranton, PA  18510
gblake@blakewalshlaw.com

Frank Brier, Esquire
Daniel T. Brier, Esquire
Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
fbrier@mbklaw.com
dbrier@mbklaw.com
rarmezzani@mbklaw.com

Patrick J. Boland III, Esquire
James D. Greco Esquire
MARSHALL DENNEHEY, P.C.
P.O. Box 3118
Scranton, PA 18505-3118
pjboland@mdwcg.com
jdgreco@mdwcg.com,

Harry T. Coleman, Esquire
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
(570) 282-7440
Harry@harrycolemanlaw.com

By:   */s/ Philp A. Davolos*
      **PHILIP A. DAVOLOS, III, ESQ.**