IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO and LORI DRING, | : |
| Plaintiffs, | : |
| v. | : NO. 3:23-CV-01576 |
| MICHAEL G. ABERNATHY and MARY B. ABERNATHY, | : JUDGE SAPORITO |
| | : ELECTRONICALLY FILED |
| Defendants | : |

ORDER

AND NOW, this 30th day of October, 2025, the matter having come before the Court on Plaintiffs' Motion with Consent of Relevant Defendants for Extension of the 90-day Case Termination Order, Doc. 109, dated July 10, 2025, and Doc. 127 dated October 7, 2025, said Motion is hereby GRANTED. The deadline set by the Order of October 7, 2025, is amended as follows:

The deadline to reinstate the action for good cause shown or consummate the settlement as between only (1) Defendants Mary Elizabeth Emmel, **Trustee under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002;** (2) William J. Egan, Jr., **Trustee under the Irrevocable Living Trust Agreement of Elizabeth**

***O'Hara Kelly* dated June 6, 2002,** and (3) William J. Egan, and Plaintiffs, Nancy Asaro and Lori Dring, is hereby extended to **December 31, 2025**.

BY THE COURT:

Joseph F. Saporito, Jr.
United States District Judge