IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY ASARO and LORI DRING,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:23-CV-01576 |
| | : | |
| **MICHAEL G. ABERNATHY and MARY B. ABERNATHY,** | : | JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION ON CONSENT AND WITH CONCURRENCE OF DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION**

Plaintiffs, Nancy Asaro and Lori Dring, by and through their undersigned counsel, Philip A. Davolos, lll, Esquire of Davolos Law Group, and Howard A. Rothenberg, Esquire, of Rothenberg Campbell with <u>consent and concurrence</u> of Defendants, (1) Christa Donati-Dougher, Brian Dougher, (2) Judith Tadder, Allan Tadder, and (3) Dennis Dougherty, hereby move this Honorable Court as follows:

1. On August 25, 2025, this Honorable Court entered an Order (Doc. 117), allowing Plaintiffs and the above-named Defendants ninety (90)

days to consummate the settlement or for good cause to reinstate the action.

2. The ninety (90) day deadline set forth in the Order of August 25, 2025 (Doc. 117) is November 23, 2025.

3. Plaintiffs with the consent of the above-named Defendants hereby move the Court for an extension of the time within which to consummate settlement and/or for good cause reinstate the action by ninety (90) days from the current deadline of November 23, 2025.

4. Plaintiffs and Defendants respectfully request this additional time, because they will be unable to consummate the settlement in the time remaining under the deadline.

5. The parties are waiting on surveys to be completed and for finalization of the documents (easement and settlement agreements) before the settlement can be consummated.

6. As such, it is respectfully requested that the Court enter the accompanying proposed Order, which extends the deadline of November 23, 2025 by ninety (90) days for the Defendants and Plaintiffs to either consummate the settlement or for good cause reinstate the action.

Respectfully submitted,

*/s/ Philip A. Davolos III*
PHILIP A. DAVOLOS, III, ESQUIRE
Attorney I.D. #210225
DAVOLOS LAW
PO BOX 188
Clarks Summit, PA 18411-0188
570-362-3492
pdavolos@davoloslaw.com
*Attorneys for Plaintiffs,*
*Lori Dring and Nancy Asaro*

-AND-

ROTHENBERG & CAMPBELL
Howard A. Rothenberg (Id.# 38804)
Ryan P. Campbell (Id.# 317838)
345 Wyoming Avenue, Ste. 210
Scranton, PA 18503
p. 570.207.2889
f. 570.207.3991
HRLaw01@gmail.com
HRLaw04@gmail.com
*Attorneys for Plaintiffs,*
*Nancy Asaro and Lori Dring*

3

## **CERTIFICATE OF CONCURRENCE**

    I, Philip A. Davolos, III, hereby certify that concurrence was sought from counsel for Defendants (1) Christa Donati-Dougher, Brian Dougher, (2) Judith Tadder, Allan Tadder, and (3) Dennis Dougherty and that their counsel Frank Brier, Esquire consents in the relief sought in the accompanying Motion.

                                                   **By:** */s/ Philp A. Davolos*
                                                         **PHILIP A. DAVOLOS, III, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a true and correct copy of JOINT MOTION ON CONSENT AND CONCURRENCE OF N DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION, via ECF, upon all counsel of record, on the 21th day of November 2025, addressed as follows:

Geff Blake, Esquire
Blake & Walsh, LLC
436 Jefferson Avenue
Scranton, PA  18510
gblake@blakewalshlaw.com

Frank Brier, Esquire
Daniel T. Brier, Esquire
Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
fbrier@mbklaw.com
dbrier@mbklaw.com
rarmezzani@mbklaw.com

Patrick J. Boland III, Esquire
James D. Greco Esquire
MARSHALL DENNEHEY, P.C.
P.O. Box 3118
Scranton, PA 18505-3118
pjboland@mdwcg.com
jdgreco@mdwcg.com,

Harry T. Coleman, Esquire
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
(570) 282-7440
Harry@harrycolemanlaw.com

By:  */s/ Philp A. Davolos*

**PHILIP A. DAVOLOS, III, ESQ.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY ASARO and LORI DRING,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | : NO. 3:23-CV-01576 |
| | : |
| **MICHAEL G. ABERNATHY and MARY B. ABERNATHY,** | : JUDGE SAPORITO |
| | : |
| | : ELECTRONICALLY FILED |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this_____ day of November, 2025, the matter having come before the Court on the Plaintiff's Motion on Consent and Concurrence of Defendants, (1) Christa Donati-Dougher, Brian Dougher, (2) Judith Tadder, Allan Tadder, and (3) Dennis Dougherty Extension of the 90-day Case Termination Order, Doc. 117, dated August 25, 2025, said Motion is hereby GRANTED.  The deadline set by the Order of August 25, 2025, is amended as follows:

The deadline to reinstate the action for good cause shown or consummate the settlement as between only Defendants (1) Christa Donati-Dougher, Brian Dougher, (2) Judith Tadder, Allan Tadder, and (3) Dennis

Dougherty and Plaintiffs, Nancy Asaro and Lori Dring, is hereby extended by ninety (90) days to February 21, 2026.

**BY THE COURT:**

_____
**Joseph F. Saporito, Jr.**