**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NANCY ASARO and LORI DRING**<br><br>**Plaintiffs,**<br><br>vs<br><br>**MICHAEL G. ABERNATHY, MARY B. ABERNATHY; CHRISTINA DONATI-DOUGHER, BRIAN R. DOUGHER; JUDITH TADDER, ALLAN L. TADDER; MARY ELIZABETH EMMEL and WILLIAM J. EGAN, JR., Trustees under the Irrevocable Living Trust Agreement of Elizabeth O'Hara Kelly dated June 6, 2002; WILLIAM J. EGAN and DENNIS JOHN DOUGHERTY**<br><br>**Defendants.** | **JURY TRIAL DEMANDED**<br><br>**THE HONORABLE JENNIFER P. WILSON**<br><br>**NO.: 3:23-cv-01576-JPW** |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Defendants, Michael G. Abernathy and Mary B. Abernathy.

Respectfully submitted,

Dated: April 7, 2026

By: *Owen Coleman*___

Owen M. Coleman, Esquire
41 N. Main Street
3rd Floor, Suite 316

Carbondale, PA 18407
(570) 282-7440
Owen@harrycolemanlaw.com