LAW OFFICE OF
# *HARRY T.   COLEMAN, ESQUIRE*
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
phone: (570) 282-7440 fax: (570) 282-7606

Harry T. Coleman, Esquire
Harry@harrycolemanlaw.com

July 1, 2026

The Honorable Joseph F. Saporito, Jr.
Max Rosen U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701
Via ECF

> **Re:    *Asaro et al v. Abernathy, et al***
> ***Docket # 23-cv-1576***

Dear Judge Saporito:

Your Honor was gracious to invite the undersigned to contact the Court regarding a settlement conference with you during the call with counsel on March 6, 2026.

I herein request that Your Honor afford the Plaintiff's and the Abernathy Defendants time in your schedule for an in-person Conference with Your Honor to explore settlement.   We very much appreciate Your Honor's willingness to help potentially resolve this matter.   I have secured the concurrence of Plaintiff's counsel.

We look forward to getting together with you in Wilkes Barre at the Court's first available convenient date.

Thank you.

Very truly yours,

*Harry T. Coleman*

Harry T. Coleman, Esquire

HTC:lg

Page 2

cc: Phillip Davolos, Esquire
    Howard Rothenburg, Esquire