UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO AND LORI
DRING,

       Plaintiff,

       v.

MICHAEL G. ABERNATHY, et al.,

       Defendants.

CIVIL ACTION NO. 3:23-CV-1576

(SAPORITO, J.)

## ORDER

AND NOW, this 14th day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The plaintiffs' motion to dismiss (Doc. 131) is **GRANTED**;

2.    The counterclaims asserted by the Abernathy defendants in their answer (Doc. 126, at 25–36) are hereby **DISMISSED** for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

3.    The plaintiffs' motion to strike (Doc. 131) is **GRANTED in part** and **DENIED in part.** The plaintiffs' motion to strike is **GRANTED** as to

affirmative defenses 6, 8, 10, 11, 12, 13, 14, 16, 20, 22, 23, 25, 26, 27, and 29, and **DENIED** as to affirmative defenses 1, 4, 7, 9, and 15.


Dated: July 14, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge