**23-01576IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NANCY ASARO and LORI DRING**<br><br>**Plaintiffs,**<br><br>vs<br><br>**MICHAEL G. ABERNATHY, MARY B. ABERNATHY;**<br><br>**Defendants.** | **JURY TRIAL DEMANDED**<br><br>**THE HONORABLE JOSEPH SAPORITO, Jr.**<br><br>**NO.: 3:23-cv-01576** |

**CERTIFICATE OF SERVICE**

I, Harry, T. Coleman, Esquire, hereby certify that on this date, I served a true correct copy of the foregoing on behalf of the Abernathy Defendants, via ECF, upon the following counsel of record:

| | |
|---|---|
| **Plaintiff Nancy Asaro & Lori Dring**<br>Howard Rothenberg, Esquire<br>Herlands Rothenberg & Levine<br>345 Wyoming Avenue<br>Suite 210<br>Scranton, PA 18503<br><br>Philip A. Davolos, III, Esquire<br>DAVOLOS LAW GROUP<br>P.O. Box 188<br>Clarks Summit, Pennsylvania<br>18411-0188 | |

| | |
|---|---|

Dated: October 23, 2026

*Harry Coleman*__________

Harry T. Coleman, Esquire
Attorney ID.: 49137
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
570-282-7440
570-282-7606, fax
harry@harrycolemanlaw.com
Attorney for the Abernathy Defendants